## 63903. WIMBERLY v. THE STATE.

SHULMAN, Presiding Judge.

There being evidence sufficient to convince any rational trier of fact of the existence of the essential elements of the offense of theft by taking, the judgment is affirmed. Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560); *Baldwin v. State,* 153 Ga. App. 35, 37 (264 SE2d 528).

*Judgment affirmed. Quillian, C. J., and Carley, J., concur.*

DECIDED JULY 1, 1982.

*Robert M. Coker,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert III, Wallace Speed, Assistant District Attorneys,* for appellee.